Michael A. Burke, Esq., NV Bar No. 11527
**ROBISON, SIMONS, SHARP & BRUST**
71 Washington Street
Reno, NV 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941

Todd A. Boley, Esq., CA Bar No. 68119
**LAW OFFICES OF TODD BOLEY**
2831 Mariner Square Dr., Ste 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
(To be admitted *Pro Hac Vice*)

Peter W. Alfert, Esq., CA Bar No. 83139
**LAW OFFICE OF PETER ALFERT, PC**
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
(To be admitted *Pro Hac Vice*)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendants. | Case No. 2:18-cv-00021<br><br>**PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR IN INTEREST AND ORDER (Proposed)** |

Pursuant to Sections 12.050 of the Nevada Revised Statutes and Rule 17(c) of the Federal Rules of Civil Procedure, Petitioner GENEVA ATTEBERRY ("Attebery"), natural grandmother of H.H., the minor child in interest of a civil rights and injury claim, by and through her counsel,

Michael A. Burke of Robison, Simons, Sharp & Brust, hereby petitions this Court for an order appointing Atteberry *guardian ad litem* for H.H., minor child in interest. This Petition is based upon the Declaration of Atteberry, attached hereto as **EXHIBIT 1**, the contents of which are incorporated as if fully set forth herein:

1. Atteberry was and is a resident of Clark County, Nevada, and is the natural grandmother of H.H. *See* Declaration of Geneva Atteberry ("Atteberry Dec.") at ¶3.

2. H.H. was born on August 16, 2007, in Henderson, Nevada. *See* Atteberry Dec. at ¶4.

3. H.H. has been diagnosed with Autism Spectrum Disorder and has difficulty communicating verbally. *Id.*

4. H.H. was assigned to the special education classroom of Kasey Glass, in the Clark County School District, beginning on or about August, 2016. *See* Atteberry Dec. at ¶6.

5. On information and belief, on March 15, 2017, Defendant GLASS aggressively and intentionally grabbed, pulled and pushed H.H., repeatedly pushed his head down with her foot and kicked him in the head, deprived him of food and liquid by removing it at mealtime before he was able to consume it by throwing it away, restrained and pinned H.H. into his chair by pushing a table up against his seated body, and intentionally triggered his behaviors by taunting and humiliating him when he indicated through sounds and hand gestures that he wanted his food. GLASS also grabbed H.H.'s hands and bent them, causing him to drop onto the floor and she intentionally kicked H.H.'s hands. *See* Atteberry Dec. at ¶7.

6. On information and belief, as a result of Defendants' actions, H.H. sustained personal injuries and emotional distress. *See* Atteberry Dec. at ¶8.

7. Rule 17(c) of the Federal Rules of Civil Procedure provides as follows:

*(c) Minor or Incompetent Person. (1) With a Representative. The following representatives may sue or defend on behalf of a minor or an incompetent person: (A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary. (2) Without a Representative. A minor or an incompetent person who*

*does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action.*

FRCP 17(c) (emphasis added).

The minor child in interest, H.H., does not presently have any representative or other fiduciary appointed for him. It is appropriate in this matter for a *guardian ad litem* to be appointed for him.

8. Atteberry appropriately files this petition pursuant to FRCP 17(c) and NRS 12.050, which provides that a *guardian ad litem* may be appointed for the minor under the age of 14 years upon the application of a relative or friend of the infant.

9. At the time of the filing of this Petition, H.H., is 10 years old. *See* Atteberry Dec. at ¶4.

10. No previous application for appointment of a *guardian ad litem* for H.H., minor child in interest, has been made in this matter. *See* Atteberry Dec. at ¶9.

11. Petitioner Atteberry is qualified and competent to act as *guardian ad litem* for her natural grandchild and minor in interest, H.H. *See* Atteberry Dec. at 3.

12. Petitioner has not been convicted of a felony. *Id.*

13. Petitioner requests that this Court appoint her *guardian ad litem* for H.H., minor child in interest, for the purpose of protecting, asserting and defending the rights and interests of H.H. for the above-described physical and mental abuse case which occurred at Kirk Adams Elementary School in the Clark County School District in or around March 2017. *See* Atteberry Dec. at ¶10.

WHEREFORE, Petitioner requests that this Court enter its order as follows:

1. Finding that the appointment of a *guardian ad litem* for H.H., minor child in interest, is necessary and appropriate for the purpose of protecting, asserting, and defending the rights and interests of the minor child.

2. Finding that petitioner Atteberry is qualified and competent to act as *guardian ad litem* for H.H.

3. Appointing petitioner Atteberry *guardian ad litem* of H.H., minor child in interest, in the above captioned proceeding, filed in the United States District Court, District of Nevada, Southern Division, without bond.

4. For such other and further relief as this Court deems just and proper in the proceedings.

AFFIRMATION: The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 30TH day of December, 2017.

*Geneva Atteberry*
GENEVA ATTEBERRY, natural grandmother of H.H.

ROBISON, SIMONS, SHARP & BRUST
a Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
MICHAEL A. BURKE

## ORDER

The Petition for Order Appointing Geneva Atteberry as the Guardian Ad Litem for Minor, H.H., is approved, and Geneva Atteberry is permitted to bring forth the claims of H.H. in this case without bond.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate
Dated this 5th day of January, 2018.

- 4 -

# EXHIBIT 1

## DECLARATION OF GENEVA ATTEBERRY

I, Geneva Atteberry, declare under penalty of perjury under the laws of the State of Nevada that the following assertions are true and correct:

1. I am over the age of 18 and am competent to testify as to the statements contained herein, which are made on my own personal knowledge.

2. I make this declaration in support of my Petition to be appointed as my grandson, H.H.'s, Guardian Ad Litem in his claims against Clark County School District; Kasey Glass; and, Mark Connors which are being brought in the United States District Court, District of Nevada.

3. I am a resident of Clark County, Nevada, and I am the natural grandmother of H.H. I am qualified and competent to act as guardian ad litem and I have never been convicted of a felony.

4. My grandson, H.H., was born on August 16, 2007, in Henderson, Nevada and he is currently 10 years old. H.H. has been diagnosed with Autism Spectrum Disorder and has difficulty communicating verbally.

5. In order to assist with H.H., I currently reside with H.H. and my daughter-in-law, Tammara Tims. Tammara Tims is H.H.'s natural mother and is also a Plaintiff in the above referenced case.

6. In or about August of 2016, H.H. was assigned to the special education classroom of Kasey Glass, in the Clark County School District.

7. I'm informed and believe, that on March 15, 2017, Defendant Kasey Glass aggressively and intentionally grabbed, pulled and pushed H.H. Defendant Glass repeatedly pushed H.H.'s head down with her foot and kicked him in the head, deprived him of food and liquid by removing it at mealtime before he was able to consume it, restrained and pinned H.H. into his chair by pushing a table up against his seated body, and intentionally triggered his behaviors by taunting and humiliating him when he indicated through sounds and hand gestures that he wanted his food. Defendant Glass also grabbed H.H.'s hands and bent them, causing him to drop onto the floor and she intentionally kicked H.H.'s hands.

8. I'm informed and believe that as a result of Defendants' actions, H.H. sustained

personal injuries and emotional distress.

9. No previous application for appointment of a *guardian ad litem* for H.H. has been made in this matter.

10. Therefore, based upon the foregoing, I request that this Court appoint me as the guardian ad litem for H.H., the minor child in interest, for the purpose of protecting, asserting and defending the rights and interests of H.H. for the above-described physical and mental abuse case which occurred at Kirk Adams Elementary School in the Clark County School District in or around March 2017.

Dated this 30 day of December, 2017.

*Geneva Atteberry*
GENEVA ATTEBERRY

Robison, Belaustegui, Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151