MICHAEL A. BURKE, Esq., NV Bar No. 11527
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, NV 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941

TODD BOLEY, CA Bar No. 68119
**LAW OFFICES OF TODD BOLEY**
2831 Mariner Square Dr., Ste 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
(admitted *Pro Hac Vice*)

PETER W. ALFERT, CA Bar No. 83139
**LAW OFFICES OF PETER ALFERT, PC**
909 Marina Village Parkway #199
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
(admitted *Pro Hac Vice*)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendants. | Case No. 2:18-cv-00021-JAD-VCF<br><br>**STIPULATION AND ORDER FOR CCSD TO PRODUCE VIDEO FROM ADAMS ELEMENTARY SCHOOL TAKEN ON JANUARY 11, 2017 THAT DEPICTS STUDENTS PURSUANT TO THE FAMILY EDUCATION RIGHTS AND PRIVACY ACT ("FERPA"), 20 U.S.C. §1232G** |

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel for Plaintiffs and undersigned counsel for Clark County School District (hereinafter "CCSD") that CCSD shall produce a digital video recording depicting a minor that was taken by CCSD at Adams Elementary School on January 11, 2017 as part of an investigation of an incident involving Kasey Glass.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that the disclosure of such information will be subject to the Stipulated Confidentiality Agreement and Protective Order entered on May 1, 2018, as the digital image of a student (not a party to this case) that is part of an investigation maintained by an educational agency may be protected by the Family Education Rights and Privacy Act ("FERPA"), 20 U.S.C. §1232g.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that CCSD shall have 30 days from the date of this order to produce the above information, so as to allow CCSD time to provide notice to the affected individuals and an opportunity to object to the disclosure of their personal identifiable information.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that if any individual objects to the disclosure of their personal information, that individual must file an appropriate document with the court within 10 days of receipt of notice of this Order. The Court will then make a determination regarding the validity of the objection and whether such information will be disclosed at its earliest convenience.

**IT IS SO STIPULATED.**

Dated: July 31, 2018                  ROBISON, BELAUSTEGUI, SHARP & LOW

By:     */s/ Michael A. Burke*
        MICHAEL A. BURKE
        *Attorney for Plaintiffs*

| | |
|---|---|
| Dated: July 31, 2018 | LAW OFFICES OF TODD BOLEY |
| | By: */s/ Todd A. Boley* <br> Todd Boley <br> *Attorney for Plaintiffs* <br> Admitted *Pro Hac Vice* |
| Dated: July 31, 2018 | LAW OFFICES OF PETER ALFERT, PC |
| | By: */s/ Peter W. Alfert* <br> Peter W. Alfert <br> *Attorney for Plaintiffs* <br> Admitted *Pro Hac Vice* |
| Dated: July 31, 2018 | GREENBERG TRAURIG, LLP |
| | By: */s/ Whitney L. Welch-Kirmse* <br> MARK E. FERRARIO <br> KARA B. HENDRICKS <br> WHITNEY L. WELCH-KIRMSE <br> *Attorneys for Defendants,* |

**ORDER**

**IT IS SO ORDERED.**

Dated: August 1, 2018

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE