MICHAEL A. BURKE, Esq., NV Bar No. 11527
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, NV 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941

TODD BOLEY, CA Bar No. 68119
**LAW OFFICES OF TODD BOLEY**
2831 Mariner Square Dr., Ste 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
(admitted *Pro Hac Vice*)

PETER W. ALFERT, CA Bar No. 83139
**LAW OFFICES OF PETER ALFERT, PC**
909 Marina Village Parkway #199
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
(admitted *Pro Hac Vice*)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendants. | Case No. 2:18-cv-00021-JAD-VCF<br><br>**STIPULATION AND ORDER FOR CCSD TO PRODUCE NAMES AND MOST CURRENT CONTACT INFORMATION OF PARENTS AND UN-REDACTED VERSIONS OF DOCUMENTS CONTAINING STUDENTS' NAMES PURSUANT TO FAMILY EDUCATION RIGHTS AND PRIVACY ACT ("FERPA"), 20 U.S.C. §1232G** |

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel for Plaintiffs and undersigned counsel for Clark County School District (hereinafter "CCSD") that CCSD shall produce the names and most current contact information of the parents or guardians of CCSD students who were assigned to KASEY GLASS' classroom for any part of either the 2015/2016 and/or the 2016/2017 school years. CCSD shall also produce un-redacted copies of documents previously produced by CCSD as **CCSD-TIMS 002109 through CCSD-TIMS 002115**, where students' names were redacted.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that the disclosure of such information will be subject to the Stipulated Confidentiality Agreement and Protective Order entered on May 1, 2018, as the identities of parents and students who are not involved in this case may be protected by the Family Education Rights and Privacy Act ("FERPA"), 20 U.S.C. §1232g.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that CCSD shall have 30 days from the date of this order to produce the above information, to allow CCSD sufficient time to provide notice to the affected individuals and an opportunity to object to the disclosure of their personal identifiable information.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that if any individual objects to the disclosure of their personal information, that individual must file an appropriate document with the court within 10 days of receipt of notice of this Order. The Court will then make a determination regarding the validity of the objection and whether such information will be disclosed at its earliest convenience.

**IT IS SO STIPULATED.**

Dated: September 7, 2018

ROBISON, SHARP, SULLIVAN & BRUST

By: */s/ Michael A. Burke*
MICHAEL A. BURKE
*Attorney for Plaintiffs*

| | | |
|---|---|---|
| Dated: September 7, 2018 | | LAW OFFICES OF PETER ALFERT, PC |
| | By: | */s/ Peter W. Alfert* |
| | | Peter W. Alfert |
| | | *Attorney for Plaintiffs* |
| | | Admitted *Pro Hac Vice* |

| | | |
|---|---|---|
| Dated: September 7, 2018 | | LAW OFFICES OF TODD BOLEY |
| | By: | */s/ Todd A. Boley* |
| | | Todd Boley |
| | | *Attorney for Plaintiffs* |
| | | Admitted *Pro Hac Vice* |

| | | |
|---|---|---|
| Dated: September 7, 2018 | | GREENBERG TRAURIG, LLP |
| | By: | */s/ Kara Hendricks* |
| | | MARK E. FERRARIO |
| | | KARA B. HENDRICKS |
| | | WHITNEY L. WELCH-KIRMSE |
| | | *Attorneys for Defendants,* |

## **ORDER**

**IT IS SO ORDERED.**

Dated: September 10, 2018

Cam Ferenbach
United States Magistrate Judge