# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TAMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS; MARK CONNORS; and DOES I -50,<br><br>　　　　　Defendants. | 2:18-cv-00021-JAD-VCF<br>**ORDER** |

Before the court is Kasey Glass' Emergency Motion for Protective Order (ECF NO. 48).

Accordingly,

IT IS HEREBY ORDERED that the deposition of Kasey Glass is stayed pending further order of the court.

IT IS FURTHER ORDERED that a discovery hearing is scheduled for 2:00 PM, September 24, 2018, in Courtroom 3D.

DATED this 20th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE