# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>               Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS; MARK CONNORS,<br><br>               Defendants. | 2:18-cv-00021-JAD-VCF<br><br>**ORDER** |

Before the court is the Notice of Withdrawal of Kasey Glass' Emergency Motion for Protective Order (ECF No. 51).

Accordingly,

IT IS HEREBY ORDERED that the hearing on the Emergency Motion for Protective Order (ECF No. 48) scheduled for September 24, 2018, is VACATED.

DATED this 24th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE