MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:  (702) 792-3773
Fax:  (702) 792-9002
Email: ferrariom@gtlaw.com
       hendricksk@gtlaw.com
       welchkirmsew@gtlaw.com

*Attorneys for Defendants*
*Clark County School District and Mark Connors*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendants. | Case No. 2:18-cv-00021-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES TO PLAINTIFFS' MOTION TO COMPEL AND REQUESTS FOR PRODUCTION OF DOCUMENTS, SETS ONE AND TWO** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel for Plaintiffs ("Plaintiffs") and undersigned counsel for Clark County School District (hereinafter "CCSD"), that the deadline for Defendant CCSD to file and serve the response to Plaintiffs' Motion to Compel Defendant CCSD to Produce Documents and Further Responses to Plaintiffs' Requests for Production of Documents, Sets One and Two, filed September 13, 2018 [ECF No. 46] shall be extended for seven (7) days and shall be due on or before October 4, 2018. No previous requests for extension of the deadline referenced above have been made.

///

LV 421213849v2

The parties represent that this Stipulation is entered into in good faith and not for the purposes of undue delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 24th day of September, 2018. | Dated this 24th day of September, 2018. |
| GREENBERG TRAURIG, LLP | ROBISON BELAUSTEGUI SHARP & LOW |

 /s/ Whitney L. Welch-Kirmse
MARK E. FERRARIO (NV Bar 1625)
KARA B. HENDRICKS (NV Bar 7743)
WHITNEY L. WELCH-KIRMSE (NV Bar 12129)
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
*Attorneys for Defendants Clark County School District and Mark Connors*

 /s/ Michael A. Burke
MICHAEL A. BURKE (NV Bar 11527)
71 Washington Street
Reno, NV 89503

TODD A. BOLEY (CA Bar No. 68119)
LAW OFFICES OF TODD BOLEY
2831 Mariner Square Drive, Suite 280
Alameda, CA 94501

PETER W. ALFERT (CA Bar No. 83139)
IAN A. HANSON (CA Bar No. 255449)
LAW OFFICES OF PETER ALFERT, APC
909 Marina Village Parkway, Suite 199
Alameda, CA 94501

*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED** that Defendant CCSD's response to Plaintiffs' Motion to Compel Defendant CCSD to Produce Documents and Further Responses to Plaintiffs' Requests for Production of Documents, Sets One and Two, shall be extended for seven (7) days and be due on or before October 4, 2018.

Dated: September 25, 2018

_____
HON. CAM FERENBACH
UNITED STATES DISTRICT JUDGE

LV 421213849v1

LV 421213849v2