1   ROBERT S. LARSEN, ESQ.
    Nevada Bar No. 7785
2   DAVID T. GLUTH, II, ESQ.
    Nevada Bar No. 10596
3   GORDON REES SCULLY MANSUKHANI, LLP
    300 South 4th Street, Suite 1550
4   Las Vegas, Nevada 89101
    Telephone: (702) 577-9300
5   Facsimile: (702) 255-2858
    E-Mail: rlarsen@grsm.com
6            dgluth@grsm.com

7   *Attorneys for Kasey Glass*

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10  TAMARA TIMS and H.H., a minor by and through    )   Case No.:   2:18-cv-00021-JAD-VCF
    his Guardian Ad Litem, GENEVA ATTEBERRY,        )
11                                                  )
                                                    )
12                  Plaintiffs,                     )
                                                    )   **STIPULATION AND ORDER TO**
    vs.                                             )   **SET ASIDE DEFAULT [ECF NO.**
13                                                  )   **29]**
                                                    )
14  CLARK COUNTY SCHOOL DISTRICT; KASEY             )
    GLASS; MARK CONNORS; and DOES I -50,            )
15                                                  )
                    Defendants.                     )
16  _____     )

17          IT IS HEREBY STIPULATED by and between Plaintiffs TAMARA TIMS and H.H., a

18  minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY, Defendants CLARK

19  COUNTY SCHOOL DISTRICT and MARK CONNORS, and Defendant, KASEY GLASS, by

20  and through their undersigned attorneys of record, that the clerk's entry of Default of the original

21  complaint against Defendant KASEY GLASS [ECF No. 29] filed on March 9, 2018 be set aside.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

-1-

Counsel for Defendant KASEY GLASS was recently retained and will be filing a responsive pleading to the amended complaint when the Default is set aside.

Dated September __26th___, 2018.

LAW OFFICE OF PETER ALFERT, PC

/s/ Ian Hansen
Peter W. Alfert, Esq.
California Bar No. 83139
Ian Hansen, Esq.
California Bar No. 255449
(admitted Pro Hac Vice)
909 Mariner Village Parkway, Suite 199
Alameda, CA 94501

Michael A. Burke, Esq.
Nevada Bar No.
71 Washington Street
Reno, NV 89503

Todd A. Boley, Esq.
California Bar No. 68119
(admitted Pro Hac Vice)
2831 Mariner Square Drive, Suite 280
Alameda, CA 94501

Attorneys for Plaintiffs

Dated September __26th___, 2018.

GORDON & REES, LLP

/s/ David T. Gluth
Robert S. Larsen, Esq.
Nevada Bar No. 7785
David T. Gluth, Esq.
Nevada Bar No. 10596
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Attorneys for Defendant Kasey Glass

Dated September ___26th___, 2018.

GREEN BERG TRAURIG, LLP

/s/ Kara B. Hendricks
Mark E. Ferrario, Esq.
Nevada Bar No. 1625
Kara B. Hendricks, Esq.
Nevada Bar No. 7743
Whitney L. Welch, Esq.
Nevada Bar No. 12129
10845 Griffith Peak Drive, Ste. 600
Las Vegas, MV 89135
Attorneys for Defendants Clark County
School District and Mark Connors

IT IS HEREBY ORDERED that responsive pleading to the amended complaint must be filed on or before October 15, 2018.

**IT IS SO ORDERED.**

October 5, 2018

_____
U.S. MAGISTRATE JUDGE