MICHAEL A. BURKE, Esq., NV Bar No. 11527
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, NV 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941

TODD BOLEY, CA Bar No. 68119
**LAW OFFICES OF TODD BOLEY**
2831 Mariner Square Dr., Ste 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
(admitted *Pro Hac Vice*)

PETER W. ALFERT, CA Bar No. 83139
**LAW OFFICES OF PETER ALFERT, PC**
909 Marina Village Parkway #199
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
(admitted *Pro Hac Vice*)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendants. | Case No. 2:18-cv-00021-JAD-VCF<br><br>**STIPULATION AND ORDER FOR CCSD TO IDENTIFY NAME AND MOST CURRENT CONTACT INFORMATION OF PARENTS AND PRODUCE VIDEO AND DOCUMENTS, IF ANY, PURSUANT TO FAMILY EDUCATION RIGHTS AND PRIVACY ACT ("FERPA"), 20 U.S.C. §1232G** |

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel for Plaintiffs and undersigned counsel for Clark County School District (hereinafter "CCSD") that CCSD shall produce the name of the minor student and the names and most current contact information of the parents/guardians of the CCSD student who was identified by Kelsey Wilhere Lynch during her deposition on September 21, 2018 as having an inappropriate interaction with KASEY GLASS in the Multipurpose Room on a date prior to March 15, 2017. CCSD shall also produce video surveillance footage and writings concerning this interaction, if any exist.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that the disclosure of such information will be subject to the Stipulated Confidentiality Agreement and Protective Order entered on May 1, 2018, as the identities of the student and the student's parents who are not a party to this case may be protected by the Family Education Rights and Privacy Act ("FERPA"), 20 U.S.C. §1232g.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that CCSD shall have 10 days from the date of this order to produce the above information, to allow CCSD sufficient time to provide notice to the affected individuals and an opportunity to object to the disclosure of their personal identifiable information.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that if any individual objects to the disclosure of their personal information, that individual must file an appropriate document with the court within 7 days of receipt of notice of this Order. The Court will then make a determination regarding the validity of the objection and whether such information will be disclosed at its earliest convenience.

**IT IS SO STIPULATED.**

Dated: October 18, 2018          ROBISON, SHARP, SULLIVAN & BRUST

                                 By: */s/ Michael A. Burke*
                                     MICHAEL A. BURKE
                                     *Attorney for Plaintiffs*

- 2 -
STIPULATION AND ORDER                                    2:18-cv-00021-JAD-VCF

| | | |
|---|---|---|
| Dated: October 18, 2018 | | LAW OFFICES OF PETER ALFERT, PC |

By: _____*/s/ Peter W. Alfert*_____
Peter W. Alfert
*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

Dated: October 18, 2018          LAW OFFICES OF TODD BOLEY

By: _____*/s/ Todd A. Boley*_____
Todd Boley
*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

Dated: October 18, 2018          GREENBERG TRAURIG, LLP

By: _____*/s/ Kara Hendricks*_____
MARK E. FERRARIO
KARA B. HENDRICKS
WHITNEY L. WELCH-KIRMSE
*Attorneys for Defendants,*

**ORDER**

**IT IS SO ORDERED.**

Dated: 10-19-2018

_____
UNITED STATE MAGISTRATE JUDGE