ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dgluth@grsm.com

*Attorneys for Kasey Glass*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS; MARK CONNORS; and DOES I -50,<br><br>Defendants. | Case No.: 2:18-cv-00021-JAD-VCF<br><br>**STIPULATION AND ORDER** |

Pursuant to Local Rule 7-1, Plaintiffs TAMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY (collectively "Plaintiffs"), Defendants CLARK COUNTY SCHOOL DISTRICT and MARK CONNORS, and Defendant, KASEY GLASS, by and through their undersigned attorneys of record, stipulate as follows:

1. Plaintiffs filed their First Amended Complaint on September 7, 2018 (ECF No. 44).

2. Defendant Glass filed her Answer to Amended Complaint on October 15, 2018. (ECF No. 65).

3. Prior to Glass' Answer, Plaintiffs and Defendants Clark County School District and Mark Connors entered into a Stipulated Confidentiality Agreement and Protective Order applicable to discovery in this matter which was entered on May 1, 2018. (ECF No. 33).

4. Defendant Glass and her counsel agree to the terms and conditions of the

-1-

Confidentiality Agreement and Protective Order and agree to be bound by the Order (ECF No. 33).

Dated October __22nd____, 2018.

LAW OFFICE OF PETER ALFERT, PC

/s/ Ian Hansen
Peter W. Alfert, Esq.
California Bar No. 83139
Ian Hansen, Esq.
California Bar No. 255449
(*admitted Pro Hac Vice*)
909 Mariner Village Parkway, Suite 199
Alameda, CA 94501

Michael A. Burke, Esq.
Nevada Bar No.
71 Washington Street
Reno, NV 89503

Todd A. Boley, Esq.
California Bar No. 68119
(*admitted Pro Hac Vice*)
2831 Mariner Square Drive, Suite 280
Alameda, CA 94501

*Attorneys for Plaintiffs*

Dated October ___22nd___, 2018.

GORDON & REES, LLP

/s/ David T. Gluth
Robert S. Larsen, Esq.
Nevada Bar No. 7785
David T. Gluth, Esq.
Nevada Bar No. 10596
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendant Kasey Glass*

Dated October _22nd_, 2018.

GREEN BERG TRAURIG, LLP

/s/ Kara B. Hendricks
Mark E. Ferrario, Esq.
Nevada Bar No. 1625
Kara B. Hendricks, Esq.
Nevada Bar No. 7743
Whitney L. Welch, Esq.
Nevada Bar No. 12129
10845 Griffith Peak Drive, Ste. 600
Las Vegas, MV 89135
*Attorneys for Defendants Clark County School District and Mark Connors*

**IT IS SO ORDERED.**

Dated this __22nd__ of __October__, 2018.

_____
U.S. MAGISTRATE JUDGE

1168027/40636229v.1