MARK E. FERRARIO (NV Bar No. 1625)
KARA B. HENDRICKS (NV Bar No. 7743)
WHITNEY L. WELCH-KIRMSE (NV Bar No. 12129)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada  89135
Tel:   (702) 792-3773
Fax:   (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com; welchkirmsew@gtlaw.com
*Attorneys for Defendants*
*Clark County School District and Mark Connors*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendant. | CASE NO. 2:18-cv-00021-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CCSD AND MARK CONNORS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL TO PRODUCE DOCUMENTS [Doc. 82] AND MOTION TO COMPEL FURTHER RESPONSES [Doc. 83]**<br>**and**<br>**FOR PLAINTIFFS TO RESPOND TO CCSD's MOTION TO COMPEL [Doc. 79]**<br><br>**[FIRST REQUEST]** |

Plaintiffs, by and through their undersigned counsel of record, and Defendants, Clark County School District ("CCSD") and Mark Connors ("Connors") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.   On December 11, 2018, Defendant CCSD filed its Motion to Compel ("Defendant's Motion") [Doc. 79].

2.   On December 14, 2018, Plaintiffs filed a Motion to Compel Documents [Doc. 82] and a Motion to Compel Further Responses [Doc. 83] ("Plaintiffs' Motions").

3.   CCSD and Connors' deadline to file a response to Plaintiffs' Motions is December 28, 2018.

4. Plaintiffs' deadline to file a response to CCSD's Motion is December 25, 2018.

5. The Parties have stipulated to allow the other additional time to file their responses up to and including January 4, 2019. The Parties both requested additional time due to the holidays and scheduling issues. This is the first request for an extension of time of these deadlines.

THEREFORE, the Parties respectfully request an extension to file their respective responses to the other Party's Motions up to and including **January 4, 2019**.

DATED this 20th day of December, 2018.                    DATED this 20th day of December, 2018.

GREENBERG TRAURIG, LLP                                     LAW OFFICES OF PETER ALFERT, PC


/s/   Whitney L. Welch-Kirmse                              /s/   Ian A. Hansen
MARK E. FERRARIO, ESQ.                                     PETER W. ALFERT, ESQ.
Nevada Bar No. 1625                                        *Admitted Pro Hac Vice*
KARA B. HENDRICKS, ESQ.                                    IAN A. HANSEN, ESQ.
Nevada Bar No. 7743                                        *Admitted Pro Hac Vice*
WHITNEY L. WELCH-KIRMSE, ESQ.                              909 Marina Village Parkway, #199
Nevada Bar No. 12129                                       Alameda, CA 94501
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV  89135                                       MICHAEL A. BURKE, ESQ.
                                                           Nevada Bar No. 11527
*Attorneys for Defendants Clark County School              ROBISON, SHARP, SULLIVAN & BRUST
District and Mark Connors*                                 71 Washington Street
                                                           Reno, NV  89503

                                                           TODD BOLEY, ESQ.
                                                           *Admitted Pro Hac Vice*
                                                           LAW OFFICES OF TODD BOLEY
                                                           2831 Mariner Square Drive, Suite 280
                                                           Alameda, CA 94501

                                                           *Attorneys for Plaintiffs*


**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE**

DATED: 12/21/18