# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>           Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT KASEY GLASS, *et al.*,<br><br>           Defendants. | 2:18-cv-00021-JAD-VCF<br><br>**<u>ORDER</u>** |

      Before the court is Clark County School District's Motion to Compel (ECF No. 79), Plaintiffs' Motion to Compel Defendant CCSD to Produce Documents and Request for Sanctions (ECF No. 82), Plaintiffs' Motion to Compel Defendant CCSD to Provide Further Responses to Interrogatory No. 2 and Request for Admission No. 8 and Request for Sanctions (ECF No. 83), and Defendant Clark County School District's Motion to Seal Portions of Reply in Support of Its Motion to Compel and Exhibit K Thereto (ECF No. 90).

      Accordingly,

      IT IS HEREBY ORDERED that a hearing on Clark County School District's Motion to Compel (ECF No. 79), Plaintiffs' Motion to Compel Defendant CCSD to Produce Documents and Request for Sanctions (ECF No. 82), Plaintiffs' Motion to Compel Defendant CCSD to Provide Further Responses to Interrogatory No. 2 and Request for Admission No. 8 and Request for Sanctions (ECF No. 83), and Defendant Clark County School District's Motion to Seal Portions of Reply in Support of Its Motion to

Compel and Exhibit K Thereto (ECF No. 90) is scheduled for 10:00 AM, February 12, 2019, in Courtroom 3D.

DATED this 18th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE