# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY, <br><br> Plaintiffs, <br><br> vs. <br> CLARK COUNTY SCHOOL DISTRICT KASEY GLASS, *et al.*, <br><br> Defendants. | 2:18-cv-00021-JAD-VCF <br> **ORDER** |

Before the court is Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF NO. 96).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF NO. 96) is scheduled for 10:00 AM, February 12, 2019, in Courtroom 3D.

IT IS FURTHER ORDERED that any opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF NO. 96) must be filed on or before February 4, 2019 and any reply in support of Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF NO. 96) must be filed on or before February 10, 2019.

DATED this 25th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE