# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TAMMERA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERY,<br><br>     Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS, MARK CONNORS,<br><br>     Defendants. | 2:18-cv-00021-JAD-VCF<br><br>**<u>ORDER</u>** |

  Before the Court is Clark County District's Emergency Motion to Continue Hearing Scheduled for June 6, 2019 and Request for Order on Shortened Time (ECF NO. 168). The court has reviewed Plaintiff's Response to Clark County School District's Emergency Motion to Continue Hearing Scheduled for June 6, 2019 and Request for Other Shortened Time (ECF No. 169).

  Accordingly, and for good cause shown,

  IT IS HEREBY ORDERED that Clark County District's Emergency Motion to Continue Hearing Scheduled for June 6, 2019 and Request for Order on Shortened Time (ECF NO. 168) is GRANTED.

  IT IS FURTHER ORDERED that the hearing scheduled for 1:00 PM, June 6, 2019, is VACATED.

  IT IS FURTHER ORDERED that a hearing on the motions listed below is scheduled for 10:00 AM, June 21, 2019, in Courtroom 3A.

  1. Plaintiff's Motion for Reconsideration of Magistrate Judge's Order (ECF No. 143),

2. Clark County School District's Motion to Seal Portion of Its Motion to Compel Records from the Department of Family Services and Exhibits G and J Thereto (ECF No. 151),

3. Clark County School District's Motion to Compel Records from the Department of Family Services (ECF No. 152),

4. Kasey Glass' Joinder to Clark County School District's Motion to Compel Records from the Department of Family Services (ECF No. 155),

5. Plaintiffs' Motion for Leave to File Documents Under Seal Pursuant to Protective Order (ECF No. 157).

IT IS FURTHER ORDERED that Ian Hansen, Esq. must attend the hearing scheduled for 10:00 AM, June 21, 2019.

DATED this 17th day of May, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE