# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>        Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>        Defendants. | 2:18-cv-00021-JAD-VCF<br><br>**ORDER** |

The court has reviewed the Addendum to Plaintiff's Response to Clark County School District's Emergency Motion to Continue Hearing Scheduled for June 6, 2019 (ECF NO. 170).

Accordingly,

IT IS HEREBY ORDERED that Michael Burke, Esq. and Ian Hansen, Esq. must attend in person, the 10:00 AM, June 21, 2019 hearing.

DATED this 20th day of May, 2019.

                                                                 _____
                                                                 CAM FERENBACH
                                                                 UNITED STATES MAGISTRATE JUDGE