# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY, | 2:18-cv-00021-JAD-VCF |
| Plaintiffs, | **<u>ORDER</u>** |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT KASEY GLASS, MARK CONNORS, and DOES 1-50, | |
| Defendants. | |

Before the Court is Kasey Glass' Motion to Extend Discovery Deadlines and Scheduling Order (ECF NO. 178).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Kasey Glass' Motion to Extend Discovery Deadlines and Scheduling Order (ECF NO. 178) is scheduled for 10:00 AM, June 21, 2019, in Courtroom 3D.

IT IS FURTHER ORDERED that the expert disclosure deadline is VACATED and will be rescheduled at the hearing.

DATED this 4th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE