# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,

Plaintiffs,

vs.

CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, and DOES 1-50,

Defendants.

2:18-cv-00021-JAD-VCF

**ORDER AUTHORIZING RELEASE OF RECORDS FROM THE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES**

Having reviewed and considered Defendant Clark County School District's Motion to Compel Records from the Department of Family Services ("Motion") [ECF No. 152], and having read and considered all papers filled in support thereof and in opposition thereto, and having heard and considered the oral arguments of counsel on June 21, 2019, and with good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion [ECF No. 152] is hereby GRANTED IN PART AND DENIED IN PART and the Court orders the Clark County Department of Family Services to simultaneously release to counsel for CCSD and counsel for Plaintiff unredacted copies of all records in its possession, custody and control pertaining to H.H. and unredacted copies of all records in its possession, custody and control pertaining to his mother, Tammara Tims, *excluding Tammara Tims' mental health records*, from August 15, 2007 to the present. The records will be subject

to the protections of the Stipulated Confidentiality Agreement and Protective Order, filed on May 1, 2018 [ECF No. 33] ("Protective Order") and thus in camera inspection by the Court is not required.

IT IS FURTHER ORDERED that if the Clark County Department of Family Services withholds any documents on the ground that they are Tammara Tims' mental health records, it shall prepare, and disclose simultaneously to counsel for CCSD and counsel for Plaintiff, a log stating the date, the author, if known, and the entity or agency that created the document. The log must not disclose any content in the document.

DATED this 27th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE