# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>            Plaintiffs,<br><br>vs.<br>CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>            Defendants. | 2:18-cv-00021-JAD-VCF<br>**ORDER** |

Before the court is the Joint Stipulation and Order Authorizing Release of Records from the Clark County Department of Family Services (ECF No. 199).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Joint Stipulation and Order Authorizing Release of Records from the Clark County Department of Family Services (ECF No. 199) is scheduled for 10:00 AM, August 1, 2019, in Courtroom 3D.

IT IS FURTHER ORDERED that Amity C. Dorman, Esq. from the Office of the District Attorney, must attend the scheduled hearing.

The Clerk of Court is directed to mail and email (Amity.Dorman@clarkcountyda.com) Ms. Dorman a copy of this order.

Amity C. Dorman, Esq.
Office of the District Attorney
200 Lewis Avenue
Las Vegas, Nevada 89101


DATED this 18th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE