Michael A. Burke, Esq., NV Bar No. 11527
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, NV 89503
Telephone: (775) 329-3151
Facsimile:  (775) 329-7941

Peter W. Alfert, CA Bar No. 83139
Ian A. Hansen, CA Bar No. 255449
**LAW OFFICES OF PETER ALFERT, PC**
909 Marina Village Parkway, #199
Alameda, CA 94501
Telephone: (925) 279-3009
Facsimile:  (925) 279-3342
(*Pro Hac Vice*)

Todd A. Boley, CA Bar No. 68119
**LAW OFFICES OF TODD BOLEY**
2381 Mariner Square Drive, Ste. 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile:  (510) 649-5170
(*Pro Hac Vice*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendants. | Case No.  2:18-cv-00021-JAD-VCF<br><br>**STIPULATION AND  ORDER TO EXTEND HEARING DATE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel for Plaintiffs ("Plaintiffs") the undersigned counsel for Clark County School District and Mark Connors, (hereinafter "CCSD"), and the undersigned counsel for Defendant Kasey Glass ("Glass")

(collectively "the Parties") that the hearing for the Joint Stipulation and Order Authorizing Release of Records from the Clark County Department of Family Services (ECF 199) set by this Court for August 1, 2019 at 10:00 a.m. (ECF 201) be continued to one of the following dates or as soon thereafter as can be accommodated by the Court:

August 8

August 13

August 15

August 22

No previous requests for extension of the deadline referenced above have been made.

The parties represent that this Stipulation is entered into in good faith and not for the purposes of undue delay. The continuance is requested because counsel for Plaintiff Ian Hansen has a secluding conflict on August 1, 2019 and is unavailable to attend on that date.

**IT IS SO STIPULATED.**

Dated this 19 day of July, 2019.

GREENBERG TRAURIG, LLP

*/s/ Whitney L. Welch-Kirmse*
MARK E. FERRARIO (NV Bar 1625)
KARA B. HENDRICKS (NV Bar 7743)
WHITNEY L. WELCH-KIRMSE (NV Bar 12129)
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135

*Attorneys for Defendants Clark County School District and Mark Connors*

Dated this 19 day of July, 2019.

ROBISON BELAUSTEGUI SHARP & LOW

*/s/ Ian A. Hansen*
MICHAEL A. BURKE (NV Bar 11527)
71 Washington Street
Reno, NV 89503

TODD A. BOLEY (CA Bar No. 68119)
LAW OFFICES OF TODD BOLEY
2831 Mariner Square Drive, Suite 280
Alameda, CA 94501

PETER W. ALFERT (CA Bar No. 83139)
IAN A. HANSEN (CA Bar No. 255449)
LAW OFFICES OF PETER ALFERT, PC
909 Marina Village Parkway, Suite 199
Alameda, CA 94501

*Attorneys for Plaintiffs*

Dated this 19 day of July, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ David T. Gluth, II*
ROBERT S. LARSEN, ESQ. (NV Bar No. 7785)
DAVID T. GLUTH, II, ESQ. (NV Bar No. 10596)
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendant Kasey Glass*

Dated this 19 day of July, 2019.

OFFICE OF THE DISTRICT ATTORNEY

*/s/ Amity C. Dorman*
AMITY C. DORMAN, ESQ. (NV Bar No. 9316)
200 Lewis Ave.
Las Vegas, NV 89101

## **ORDER**

**IT IS SO ORDERED** that hearing for the Joint Stipulation and Order Authorizing Release of Records from the Clark County Department of Family Services (ECF 199) is hereby vacated and continued to 10:00 AM, August 15, 2019, in Courtroom 3D. _____.

Dated: July 22, 2019                          _____
                                                              UNITED STATES MAGISTRATE JUDGE

- 3 -