MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
welchkirmsew@gtlaw.com

*Attorneys for Defendants*
*Clark County School District and Mark Connors*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendants. | CASE NO. 2:18-cv-00021-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Doc. 206]**<br>**and**<br>**FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)**  ECF No. 221 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Clark County School District ("CCSD") and Mark Connors (collectively "CCSD Defendants"), counsel for Kasey Glass ("Glass"), and counsel for Plaintiff (collectively the "Parties"), as follows:

1. On August 21, 2019, Plaintiff filed a Motion for Partial Summary Judgment (Doc. 206) and related declarations.

2. The CCSD Defendants and Glass's deadline to file a response to the Motion for Partial Summary Judgment is September 11, 2019.

/ / /

3. Due to the nature of the issues raised in the Motion for Partial Summary Judgment and the time necessary to respond to the same, the Parties have stipulated to allow an additional 7 days for the CCSD Defendants and Glass to respond to the Motion for Partial Summary Judgment.

4. The Parties have also stipulated to allow an additional 7 days for Plaintiff to file any reply to the response filed by the CCSD Defendants and the response filed by Glass.

THEREFORE, the Parties respectfully request that the CCSD Defendants and Glass be provided up to and including **September 18, 2019** to file their response to Plaintiff's Motion for Partial Summary Judgment and that Plaintiff has up to and including **October 9, 2019** (which is 7 additional days from the 14 days provided in LR 7-2) for the filing of a reply.

This is the Parties' first request for such extensions.

So Stipulated:

DATED this 10th day of September, 2019.

**GREENBERG TRAURIG, LLP**

 /s/ Kara B. Hendricks 
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for Defendants Clark County School District and Mark Connors*

DATED this 10th day of September, 2019.

**GORDON REES SCULLY MANSUKHANI, LLP**

 /s/ David T. Gluth 
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ
Nevada Bar No. 10596
JAMES E. CAVANAUGH, ESQ
Nevada Bar No. 6929
300 South 4th Street, Ste. 1550
Las Vegas, Nevada 89101
*Counsel for Kasey Glass*

DATED this 10th day of September, 2019.

**LAW OFFICES OF PETER ALFERT, PC**

 /s/ Ian Hansen 
PETER W. ALFERT, ESQ. (*admitted Pro Hac Vice*)
California Bar No. 83139
IAN HANSEN, ESQ. (*admitted Pro Hac Vice*)
California Bar No. 255449
909 Mariner Village Parkway, Suite 199
Alameda, CA 94501

MICHAEL A. BURKE, ESQ.
Nevada Bar No. 11527
**ROBISON SHARP SULLIVAN & BRUST**
71 Washington Street
Reno, NV 89503

TODD A. BOLEY, ESQ. (*admitted Pro Hac Vice*)
California Bar No. 68119
**LAW OFFICES OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501
*Attorneys for Plaintiffs*

**Based on the parties' stipulation [221], IT IS SO ORDERED.**

_____
U.S. District Judge  9-11-19

ACTIVE 43443904v2