MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:  (702) 792-3773
Fax:  (702) 792-9002
Email: ferrariom@gtlaw.com
  hendricksk@gtlaw.com
  welchkirmsew@gtlaw.com

*Attorneys for Defendants*
*Clark County School District and Mark Connors*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendants. | CASE NO. 2:18-cv-00021-JAD-VCF<br><br>**STIPULATION AND REQUEST TO STAY LITIGATION PENDING SATISFACTION OF SETTLEMENT TERMS AND EXECUTION OF SETTLEMENT AGREEMENT**<br><br>ECF No. 244 |

Plaintiff H.H., a Minor, by and through his Guardian Ad Litem, Geneva Atteberry ("Plaintiff"), by and through his counsel of record, and Defendants Clark County School District, Kasey Glass, and Mark Connors (collectively "Defendants"), by and through their counsel of record, hereby request that the Court stay this matter while the parties work on satisfying agreed-upon settlement terms reached at mediation. The parties state as follows:

1. On December 11, 2019, the parties attended a mediation session, which resulted in a preliminary agreement of settlement terms.

2. A stay in this matter will allow the parties the opportunity to satisfy preliminary terms of the settlement, including finalizing the settlement agreement, seeking approval from CCSD's Board of

Trustees regarding settlement terms, and seeking Court approval regarding the Minor's Compromise, prior to dismissing this matter.

3. The parties stipulate that this case be stayed and that the deadline for any action required to be taken by any party be tolled until further order of the court.

4. The parties request that a status check be set for 90 days.

5. This stipulation is made in good faith to allow the parties to make diligent and sincere efforts to resolve the matter without further involvement for the Court and is not for the purpose of causing any undue delay.

**IT IS SO STIPULATED.**

DATED this 13th day of December, 2019.

**GREENBERG TRAURIG, LLP**

　　_/s/ Kara B. Hendricks_
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for Defendants Clark County School District and Mark Connors*

DATED this 13th day of December, 2019.

**GORDON REES SCULLY MANSUKHANI, LLP**

　　_/s/ David T. Gluth_
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Kasey Glass*

DATED this 13th day of December, 2019.

**LAW OFFICES OF PETER ALFERT, PC**

　　_/s/ Peter W. Alfert_
PETER W. ALFERT, ESQ. (*Pro Hac Vice*)
California Bar No. 83139
IAN HANSEN, ESQ. (*Pro Hac Vice*)
California Bar No. 255449
909 Mariner Village Parkway, Suite 199
Alameda, CA 94501

MICHAEL A. BURKE, ESQ.
Nevada Bar No. 11527
**ROBISON SHARP SULLIVAN & BRUST**
71 Washington Street
Reno, NV 89503

TODD A. BOLEY, ESQ. (*Pro Hac Vice*)
California Bar No. 68119
**LAW OFFICES OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501
*Attorneys for Plaintiff*

## **ORDER**

In consideration of the stipulation by the parties, [ECF No. 244], and with good cause appearing,

2

1   IT IS HEREBY ORDERED that this case is STAYED; and that all deadlines for any action
2   required to be taken by any party be tolled until further order by the Court.
3   IT IS FURTHER ORDERED that any hearing currently set is VACATED;
4   IT IS FURTHER ORDERED that a status check in this matter will occur on the 11th day of
5   March, 2020 at 4:00 p.m.
6   IT IS SO ORDERED.
7   DATED this 13th day of December, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

3