MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
welchkirmsew@gtlaw.com

*Attorneys for Defendants*
*Clark County School District and Mark Connors*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMMARA TIMS and H.H., a minor by and through his Guardian Ad Litem, GENEVA ATTEBERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS, MARK CONNORS, and DOES 1-50,<br><br>Defendants. | CASE NO. 2:18-cv-00021-JAD-VCF<br><br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 254 |

It is hereby STIPULATED AND AGREED between Plaintiff H.H., a Minor, by and through his Guardian Ad Litem, GENEVA ATTEBERRY,[1] and Defendants CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, and MARK CONNORS (collectively "Defendants"), by and through their

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Tammara Tims previously voluntarily dismissed her claims with prejudice.

attorneys of record that, in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted against Defendants herein are dismissed with prejudice with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 5th day of March, 2020.

**GREENBERG TRAURIG, LLP**

 */s/ Kara B. Hendricks*
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for Defendants Clark County School District and Mark Connors*

DATED this 5th day of March, 2020.

**GORDON REES SCULLY MANSUKHANI**

 */s/ Davit T. Gluth*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Kasey Glass*

DATED this 5th day of March, 2020.

**ROBISON SHARP SULLIVAN & BRUST**

 */s/ Michael A. Burke*
MICHAEL A. BURKE, ESQ.
Nevada Bar No. 11527
71 Washington Street
Reno, NV 89503

PETER W. ALFERT, ESQ. (*Pro Hac Vice*)
California Bar No. 83139
IAN HANSEN, ESQ. (*Pro Hac Vice*)
California Bar No. 255449
**LAW OFFICES OF PETER ALFERT, PC**
909 Mariner Village Parkway, Suite 199
Alameda, CA 94501

TODD A. BOLEY, ESQ. (*Pro Hac Vice*)
California Bar No. 68119
**LAW OFFICES OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501
*Attorneys for Plaintiff*

# ORDER

Based on the parties' stipulation **[ECF No. 254]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 6, 2020

2